IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JENNIFER E. MCDOWELL,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 22-CV-4404 |
| | : | |
| **JUDGE EDUARDO C. ROBRENO,** | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 7th day of December, 2022, upon consideration of Plaintiff Jennifer E. McDowell's Motion to Proceed In Forma Pauperis (ECF No. 1), pro se Complaint (ECF No. 2), and Motion to Appoint Counsel (ECF No. 3), it is **ORDERED** that:

1. McDowell's Motion for Leave to Proceed In Forma Pauperis (ECF No. 1) is **GRANTED**.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED WITH PREJUDICE** as legally baseless, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), for the reasons stated in the accompanying memorandum opinion.

4. The Motion to Appoint Counsel (ECF No. 3) is **DENIED AS MOOT**.

5. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**